Commonwealth *v.* Miller, Appellant.

Argued September 14, 1971. *Francis S. Wright,* Assistant Defender, with him *Anne T. Welsh* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Miller, Appellant.

Argued September 17, 1971. *Richard Saxton,* Public Defender, for appellant; *Bernhard Dohrmann,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Moran, Appellant.

Argued September 15, 1971. *Samuel Salus, II,* Public Defender, for appellant; *Stewart J.*